UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLARENCE D. JOHNSON,

    Plaintiff,

v.                                        CASE NO. 3:20-cv-1401-J-20MCR

DOT, TRUMP OBAMA ADMINISTRATION,
U.S. GOVERNMENT, UNITED NATIONS,

    Defendants.
_____/

## **REPORT AND RECOMMENDATION**[1]

**THIS CAUSE** is before the Court on the Court's Order dated December 15, 2020 (Doc. 3).

On December 14, 2020, Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs ("Application") (Doc. 2). The next day, the Court entered an Order, denying the Application without prejudice and directing Plaintiff to file an amended, notarized Application and an amended complaint or pay the appropriate filing fee, no later than January 6, 2021. (Doc. 3.) Plaintiff was cautioned that failure to comply with the Order would likely

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed.R.Civ.P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed.R.Civ.P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1; M.D. Fla. R. 6.02.

result in a recommendation to the District Judge that the case be dismissed for lack of subject-matter jurisdiction, failure to state a claim on which relief may be granted, and/or want of prosecution. (*Id.* at 6.)

Between January 7 and 14, 2021, Plaintiff filed a number of documents, including several motions for miscellaneous relief (Docs. 6, 7, 8, 9, 10, 12), a motion for a temporary restraining order (Doc. 11), a unilateral case management report (Doc. 5 at 1-5), a unilateral consent form (Doc. 5 at 6), and a renewed Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 13). As an initial matter, Plaintiff did not seek leave to file his renewed Application and related documents out of time. Further, the renewed Application is identical to the original Application. (*Compare* Doc. 13 *with* Doc. 2.) The Court already found the Application to be deficient because it was not notarized and was incomplete. (*See* Doc. 3 at 1-2.) By filing the exact same Application on January 14, 2021 (eight days after the deadline), Plaintiff has not cured the deficiencies in his original Application.[2]

In addition, Plaintiff has not filed an amended complaint as directed by the Court's December 15, 2020 Order. Plaintiff's original Complaint did not include any jurisdictional allegations and failed to state a claim on which relief may be granted. (*See id.* at 3-6.) Even under a very liberal construction, Plaintiff's

---

[2] The Court's December 15, 2020 Order also stated that in lieu of filing an amended, notarized application, Plaintiff may opt to pay the appropriate filing fee. (Doc. 3 at 2.) Plaintiff has failed to do so.

2

filings to date, either singly or in combination, do not qualify as a valid complaint. The various motions and the supplement thereto are largely illegible and do not contain any specific jurisdictional allegations, any causes of action with sufficient factual allegations, or any clear requests for relief.   (*See* Docs. 6, 7, 8, 9, 10, 11, 12.)   As such, Plaintiff has failed to comply with the directives of the Court's December 15, 2020 Order.

Based on the foregoing, it is respectfully **RECOMMENDED** that:

1. The renewed Application (**Doc. 13**) be **DENIED**;

2. The unilateral case management report (**Doc. 5 at 1-5**) and the unilateral consent form (**Doc. 5 at 6**) be **STRICKEN**;

3. This case be **DISMISSED without prejudice** for lack of subject-matter jurisdiction and for failure to state a claim on which relief may be granted; and

4. The Clerk of Court be **directed** to terminate any pending motions and close the file.

**DONE AND ENTERED** at Jacksonville, Florida, on January 26, 2021.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

The Honorable Harvey E. Schlesinger
Senior United States District Judge

*Pro Se* Party

3