UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CLARENCE D. JOHNSON,**
    **Plaintiff,**

v.                                                             CASE NO. 3:20-cv-1401-HES-MCR

**DOT, TRUMP OBAMA ADMINISTRATION,
U.S. GOVERNMENT, UNITED NATIONS,**
    **Defendant.**
_____/

## O R D E R

This cause is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 14) recommending Plaintiff's renewed Application to Proceed in District Court Without Prepaying Fees or Costs be denied, certain pleadings be stricken, and this case be dismissed without prejudice. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judges Report and Recommendation (Dkt. 14) is **ADOPTED**;

2. Plaintiff's renewed Application to Proceed in District Court Without Prepaying Fees or Costs is **DENIED** and this case is **DISMISSED WITHOUT**

**PREJUDICE** for lack of subject-matter jurisdiction and for failure to state a claim on which relief may be granted;

3. The unilateral case management report (Dkt. 5 at 1-5) and the unilateral consent form (Dkt. 5 at 6) are **STRICKEN**; and

4. The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 16 day of February, 2021.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Monte C. Richardson
Clarence D. Johnson, *Pro Se*